# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | |
|---|---|
| MICHAEL SHELL, | ) |
| | ) |
|         **Plaintiff,** | ) |
| | ) |
| **v.** | )    No. 3:05-CV-245 |
| | )    (Phillips/Guyton) |
| **J.J.B. HILLIARD, W.L. LYONS, INC.,** *et al*, | ) |
| | ) |
|         **Defendants.** | ) |

## ORDER FOR CONTINUANCE

Pursuant to a motion hearing before the undersigned on the pending motion to continue [Doc. 25], the parties have now advised the Court that they will be pursuing mediation in this case and jointly request a continuance of this trial until late summer 2007. For good cause shown, the motion for continuance [Doc. 25] and the motion to extend the expert disclosure deadline [Doc. 47] are **GRANTED.**

1.    The trial of this case is continued and shall commence on **Monday, September 24, 2007 at 9:00 a.m.** Estimated length of trial is 1 week.

2.    A final pretrial conference shall be held in this case on **Tuesday, September 18, 2007 at 1:30 p.m.**

3.    All other matters covered by the scheduling order previously entered in this case shall remain unchanged and be calculated based on the new trial date.

**IT IS SO ORDERED.**

                         **ENTER:**

                             s/Thomas W. Phillips
                        **UNITED STATES DISTRICT JUDGE**